UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NANCY RUHLING,

                Plaintiff,

                              **ORDER**
      -against-                            CV 04-2430 (TCP)(ARL)

TRIBUNE COMPANY, et al.,

                Defendants.
---------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

      By letter application dated June 24, 2005, the parties have requested a sixty day extension of the discovery deadline. The parties also seek to have a dispute regarding their Confidentiality Agreement resolved. The parties' request for a second extension of the discovery deadline is granted. All discovery, inclusive of expert discovery, is to be completed by September 29, 2005. Any party wishing to make a dispositive motion shall take the first step in the motion process by October 14, 2005. The final conference scheduled for August 18, 2005 is adjourned to October 27, 2005 at 11:30 a.m. The parties are reminded that the proposed joint pretrial order must be electronically filed prior to the conference. As this is the second extension, no further adjournments will be granted.

      With respect to the parties' dispute regarding the meaning of the term "Parties" in the Confidentiality Agreement, the court agrees with the plaintiff that given the size of the defendant corporations and the number of "managers" they may have, the defendant should identify those members of the Newsday and Tribune management whom they consider to be Parties. However, the court disagrees that paragraph 3(b)(iii) applies if, at a later date, the defendants need to show confidential material to other managers not initially designated. Instead, the defendants may, at any time, supplement their list with additional names of Newsday and Tribune management whom they consider to be Parties.

Dated:  Central Islip, New York                **SO ORDERED:**
          June 3, 2005

                                                          _____/s/_____
                                                           ARLENE R. LINDSAY
                                                          United States Magistrate Judge