UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NANCY RUHLING,

       Plaintiff,

                 **ORDER**
   -against-            CV 04-2430 (ARL)

NEWSDAY, INC.,

       Defendant.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

  By letter dated December 7, 2007, defendant requests that the court stay consideration of the plaintiff's motion for attorney's fees and costs and stay defendant's time for submitting opposition thereto pending resolution of the defendant's post-trial motion. Plaintiff opposes the request by letter also dated December 7, 2007.[1]

  Given that the resolution of the defendant's motion may have impact on the amount of attorney's fees to be awarded, if any, the court will hold determination of the plaintiff's motion for attorney's fees and costs in abeyance until such time as the defendant's post-trial motion is decided. The deadline for the defendant's opposition to the plaintiff's motion is suspended pending determination of the post-trial motion.

Dated: Central Islip, New York     **SO ORDERED:**
    December 10, 2007

                    _____/s/_____
                    ARLENE R. LINDSAY
                    United States Magistrate Judge

---

[1] Defendant's unauthorized reply letter, also dated December 7th, has not been considered.