UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NANCY RUHLING,

                Plaintiff,        **AMENDED JUDGMENT**

   - against -                              CV-04-2430 (ARL)

NEWSDAY, INC.,
                Defendant.

----------------------------------------------------------X

Judgment having been entered in this action on November 27, 2007 awarding plaintiff the sum of $100,000.00, and an Order of Honorable Arlene R. Lindsay, United States Magistrate Judge, having been filed on May 13, 2008, denying defendant's motion for a directed verdict and a new trial, and granting defendant's motion to amend the judgment pursuant to Fed. Rule Civ. Proc. 59(e), and upon the filing on May 29, 2008 of an acceptance of remittitur damages by the plaintiff reducing the award to $50,000.00, it is

**ORDERED AND ADJUDGED** that the judgment entered on November 27, 2007 is hereby amended; and that judgment is entered in favor of the plaintiff, Nancy Ruhling and against the defendant, Newsday, Inc., in the amount of $50,000.00.

Dated: Long Island, New York
       June 9, 2008

                                      ROBERT C. HEINEMANN
                                      CLERK OF THE COURT

                              By:   /s/ Lorraine Sapienza
                                      Deputy Clerk